# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> SODEXO MANAGEMENT, INC., <br><br> Defendant. | Case No.: 18cv1856-GPC(BLM) <br><br> **ORDER VACATING JUNE 10, 2019 MANDATORY SETTLEMENT CONFERENCE** |

On November 20, 2018, the Court issued a Scheduling Order Regulating Discovery and Oher Pre-Trial Proceedings. ECF No. 23. In that order, the Court scheduled a Mandatory Settlement Conference for June 10, 2019 at 9:30 a.m. Id. at 4. The Court also scheduled a Mandatory Settlement Conference for the same date and time in related cases Grano v. Sodexo Management Inc, et al., 18cv1818-GPC(BLM) [see ECF No. 23] and Abbott v. Sodexo Management Inc., 18cv1975-GPC(BLM) [see ECF No. 22]. The same Plaintiff and defense counsel appear in all three cases. See Dockets.

On May 29, 2019, Plaintiff Vincent Grano filed an *Ex Parte* Application to Strike Mandatory Settlement Conference in Grano v. Sodexo Management Inc, et al., 18cv1818-GPC(BLM). See ECF No. 29 on Docket for 18cv1818-GPC(BLM). On May 30, 2019, the Court granted Plaintiff's motion and vacated the Mandatory Settlement Conference scheduled for June 10, 2019. See ECF No. 30 on Docket for 18cv1818-GPC(BLM). Accordingly, the Court also **VACATES** the Mandatory Settlement Conference in this matter.

**IT IS SO ORDERED**.

Dated: 5/30/2019

*[signature]*
Hon. Barbara L. Major
United States Magistrate Judge